[No. 42817-2-II.   Division Two.   September 18, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMRA JO COOK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-03458-7, Frederick W. Fleming, J., entered November 17, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt and Van Deren, JJ.

[No. 29692-0-III.   Division Three.   September 18, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE ANTONIO MORENO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-1-01939-3, David A. Elofson, J., entered February 4, 2011. *Affirmed in part* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Korsmo, C.J., and Brown, J. Ordered published October 11, 2012. Reconsideration granted and opinion withdrawn pursuant to an order of the Court of Appeals dated November 15, 2012. Substitute opinion filed. Now published at 173 Wn. App. 479.

[No. 65002-5-I.   Division One.   September 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN MATTHEW BACANI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05070-4, Douglass A. North, J., entered March 1, 2010. *Affirmed* by unpublished per curiam opinion.

[No. 65205-2-I.   Division One.   September 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. GAMADA ABDULLAHI, *Defendant*, DONTA JAMALL WALTERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07139-6, Ronald Kessler, J., entered April 15, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Dwyer, JJ.